IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR355** |
| vs. | ) | |
| | ) | **ORDER** |
| **FELICIA RAE McCAULEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on defendant's Motion to Continue Trial (Doc. 23) because "additional time is required to reach a resolution of the matters involved in this case." Notwithstanding the defendants' waiver of speedy trial (Doc. 24), the court finds that the defendant has not shown why plea discussions cannot be completed before the scheduled trial date and has not shown good cause for a continuance. Accordingly,

    **IT IS ORDERED** that defendant's Motion for Continuance (Doc. 23) is denied.

    **DATED November 5, 2008.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**